Brandon Williams
FULL NAME

COMMITTED NAME (if different)

MDC - Los Angeles, P.O. Box-
FULL ADDRESS INCLUDING NAME OF INSTITUTION
531500, Los Angeles, CA 90053
#87152509
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Related
DDJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Brandon Williams
PLAINTIFF,

v.

Mr. Fumby, Ms Daily
DEFENDANT(S).

CASE NUMBER
CV23-5430-FMO (E)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? __2__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff **Brandon Williams**

   Defendants **Warden Jenkins Et Al**

b. Court **United States District Court For The Central District Of California, 9th District**

c. Docket or case number ~~XXXX~~ **2:23CV2509**

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Still Pending**

f. Issues raised: **Civil Rights Violations.**

g. Approximate date of filing lawsuit: **April 2023**

h. Approximate date of disposition **N/A**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not **No Greivance Procedure Available Here At MDC - Los Angeles, CA.**

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not **There Is No Active, Nor Available Grievance Procedure At MDC-L.A.**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Brandon Williams**
(print plaintiff's name)
who presently resides at **MDC - Los Angeles, PO Box - 531500**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**MDC - Los Angeles**
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97) Page 2 of 6

on (date or dates) __Discrimination Against Myself Because I'm Protective Custody__ / __Violation Of Fourteenth Admendment Equal Protection Clause__ / __Cruel & Unusual Punishment__
                    (Claim I)                (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __MR. Fumby__ resides or works at
    (full name of first defendant)
   __MDC-Los Angeles, P.O. Box-531500__
    (full address of first defendant)
   __Food Service Dept - Supervisor__
    (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Works As A Food Service Supervisor At MDC-Los Angeles In The State Of California.__

2. Defendant __Ms. Daily__ resides or works at
    (full name of first defendant)
   __MDC-Los Angeles, P.O. Box-531500__
    (full address of first defendant)
   __Food Service - Lead__
    (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Works As A Lead At MDC-Los Angeles Preparing Inmate Meals In The State Of California.__

3. Defendant _____ resides or works at
    (full name of first defendant)
   _____
    (full address of first defendant)
   _____
    (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

14th Admendment Equal Protection Clause

8th Cruel & Unusual Punishment

Discrimination Due To Custody Status - "PC" 14th - Admendment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Mr. Fumby And Ms Daily, Serve Me Rotten Food Half Portions, Expired Milk, Because I Am PC Inmate, ~~Desp~~. I Am Not Given Equal Portions OR Food As GP, Due To PC Haveing No Houseing Unit, I Am Stuck In SHU And Served Rotten, Expired Food, Fruit, Milk And I Am Served 3-5 Leftovers Sometimes A Week Old Food, Which Is Not Edible!
The GP At MDC-Los Angeles Get Bigger Portions Sweets With Every Meal & Get Non Expired Food! I Have Brought To Both Food Service Dept. Representatives At MDC-Los Angeles, The Facts Listed Above & They'll Still Fail To Correct 10 Months Later.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I Believe I Am Entitle Compensatory Damages Of $25,000.00.

Nominal Damages In The Amount Of 1$

I Also Ask The Court for Injunctive Relief That Here At MDC-Los Angeles, CA, That All Inmates Are Served Equal Portions And Given The Same Qaulity Food, For Any & All Inmates Not On Special/Religious Diet. Also I Ask For Injunctive Relief From The Courts To Be Taken Off The Fleshless Diet Here At MDC-Los Angels, And That All Inmates Should Be Served Nutrious, NON-Expire Food, Fruit, Milk.

07·02·2023
(Date)

(Signature of Plaintiff)



Brandon Williams
#87152509
MDC-Los Angeles
P.O. Box 531500
Los Angeles, CA 90053
(LEGAL MAIL)

United States District Court
Central District of California
Office Of The Clerk
255 East Temple Street, Room 180, Los Angeles, CA 90012

LEGAL-MAIL

The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been either opened or not opened. If the writer raises a question or problem over which this facility has no jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.